**Order entered September 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00415-CV

### JUST ENERGY TEXAS I CORP., Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND CEDRIC THOMAS, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07637-I**

## ORDER

We **GRANT** appellant's September 26, 2014 unopposed motion to extend time to file reply brief and **ORDER** the brief be filed no later than November 6, 2014. We caution appellant that no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
           JUSTICE